**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

TIMOTHY W CHAPLEY
ANITA M CHAPLEY
Debtor(s)

Case No. 10-08986

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/03/2010.

2)  The plan was confirmed on 08/06/2010.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 12/14/2012.

5)  The case was dismissed on 12/21/2012.

6)  Number of months from filing to last payment: 29.

7)  Number of months case was pending: 36.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: $4,245.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,928.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                  **$18,928.50**

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,283.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $876.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                              **$3,159.89**

Attorney fees paid and disclosed by debtor:          $1,217.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLSTATE INSURANCE | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| ASM CENTER FOR SLEEP MED | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,280.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,625.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CARECENTRIX | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CHHABIA NEUROLOGICAL SERVICE: | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HEALTH CENTER | Unsecured | 2,013.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF WISC | Unsecured | 1,329.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PEDIATRIC FACULTY | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PHYSICIANS GROUP | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SPECIALITY GROUP | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| CHRISTINA PEREZ | Unsecured | 732.00 | 732.03 | 732.03 | 51.06 | 0.00 |
| CITIBANK | Unsecured | 7,915.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| CLX SYSTEMS/WESTWOOD MGMT | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 2,197.00 | NA | NA | 0.00 | 0.00 |
| CONDOR CAPITAL CORP | Unsecured | 18,102.50 | NA | NA | 0.00 | 0.00 |
| DEERPATH PHYSICIANS GROUP | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS OFFICE OF ZION | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| DURHAM & DURHAN | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,058.00 | 147.93 | 147.93 | 10.27 | 0.00 |
| EVANSTON NORTHWESTERN HEALT | Unsecured | 1,643.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 3,578.00 | 3,578.85 | 3,578.85 | 249.65 | 0.00 |
| GMAC RESCAP LLC | Secured | 21,186.08 | 2,247.94 | 2,247.94 | 2,247.94 | 0.00 |
| GMAC RESCAP LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| GURNEE RADIOLOGY CENTER | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS BONE & JOINT CENTER | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGY | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE GASTROENTEROLOGY | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| LIBERTYVILLE EMERGENCY PHYSIC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| MARK JACOB DDS | Unsecured | 1,782.00 | NA | NA | 0.00 | 0.00 |
| MBS DIRECT | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| MED HEALTH FINANCIAL SERVICES | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| MEDTRONIC MINI MED | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 884.00 | 1,632.58 | 1,632.58 | 113.88 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| NEOPATH S C | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIV HEALTH SYSTE | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF NORTH SHO | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | NA | 94.11 | 94.11 | 6.54 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 526.00 | 1,134.26 | 1,134.26 | 79.13 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN DIAGNOSTIC SERVICES | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE MANAGEMENT SERVICES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| RUSH PEDIATRIC MEDICAL SERVICE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE LLC | Unsecured | NA | 1,844.01 | 1,844.01 | 128.64 | 0.00 |
| TD AUTO FINANCE LLC | Secured | 10,400.00 | 10,400.00 | 10,400.00 | 10,400.00 | 621.05 |
| THE SWISS COLONY | Unsecured | 387.00 | 387.83 | 387.83 | 27.00 | 0.00 |
| THERAPEUTIC ENDOSCOPY ASSOC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | NA | 17,555.58 | 17,555.58 | 1,224.63 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 10,838.00 | 2,099.68 | 2,099.68 | 146.47 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 5,421.64 | 5,421.64 | 378.20 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| VILLAGE OF GURNEE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 354.00 | 1,206.34 | 1,206.34 | 84.15 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN CLINIC CORPORATION | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,247.94 | $2,247.94 | $0.00 |
| Debt Secured by Vehicle | $10,400.00 | $10,400.00 | $621.05 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,647.94** | **$12,647.94** | **$621.05** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$35,834.84** | **$2,499.62** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,159.89 |
| Disbursements to Creditors | $15,768.61 |
| **TOTAL DISBURSEMENTS** : | **$18,928.50** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/06/2013                    By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**